**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2074**

_____

KARIO D. HARRIS,

        Plaintiff - Appellant,

    v.

CHRISTINE WORMUTH, Secretary of the U.S. Army,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:23-cv-00742-LMB-JFA)

_____

Submitted:  May 21, 2024                         Decided:  May 23, 2024

_____

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** Amos N. Jones, AMOS JONES LAW FIRM, Washington, D.C., for Appellant.  Jessica D. Aber, United States Attorney, Richmond, Virginia, Hugham Chan, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kario D. Harris appeals the district court's order granting the Secretary of the United States Army's motion to dismiss Harris' discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Harris v. Wormuth*, No. 1:23-cv-00742-LMB-JFA (E.D. Va. Sept. 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*